# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA | *WARRANT FOR ARREST* |
| v. | |
| DEANN TACKMAN | 1:24-cr-0006-AKB |

To: The United States Marshal
and any Authorized United States Officer

**RECEIVED**
By U.S. Marshals Service at 2:53 pm, Jan 10, 2024

YOU ARE HEREBY COMMANDED to arrest **DEANN TACKMAN** and bring forthwith to the nearest magistrate judge to answer **INDICTMENT** charging with the below listed violation.

21 U.S.C. § 841(a)(1) AND (b)(1)(A); 18 U.S.C. § 2 DISTRIBUTION OF METHAMPHETAMINE

21 U.S.C. §§ 841(a)(1), (b)(1)(A) AND 846 CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE



United States Courts
District of Idaho
**ISSUED**
*Jocelyn Dunnegan*
*on Jan 10, 2024 2:27 pm*

January 10, 2024
Date

---

**RETURN**

This warrant was received ___1/10/2024___ and executed with the arrest of the above-name individual at ___Caldwell, ID___ .

_____

____*J. See*_____     ____2/12/2024_____
Signature of Arresting Officer                   Date of Arrest

Signing on behalf of arresting DUSM
Name & Title of Arresting Officer